### WHITCHER v. COOLEY et al.
(Opinion filed, Oct. 8, 1909.)

Appeal from Circuit Court, Minnehaha County. Hon. JOSEPH W. JONES, Judge.

Action by D. J. Whitcher against J. A. Cooley and another. From an order denying a motion to set aside the judgment, defendant J. A. Cooley appeals. Affirmed.

*Robertson & Dougherty* and *Bailey & Voorhees,* for appellant. *G. R. Krause,* for respondent.

WHITING, J. This is an appeal from an order of the circuit court denying appellant's motion to vacate and set aside a judgment rendered against him. The facts in this case are identical with those in the case of Burton v. Cooley et al., 22 S. D. 515, 118 N. W. 1028, and by stipulation it was submitted upon the abstracts and briefs in that case.

For the reasons stated in the Burton Case, the order of the circuit court refusing to vacate and set aside the judgment herein is affirmed.